**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

K.G.,                     : No. 199 MAL 2015
                                  :
           Respondent          :
                                    : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court
          v.                      :
                                    :
                                    :
E.D.,                       :
                                    :
          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.